Date: 10/26/10     DIVIDENDS REMITTED TO THE COURT  *151202*     Page:

Case Number 09-19981 - STEVENS, CHARLES P.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | 000005 | 217.68 | 4.43 *ck1007* |
| ---------- Remittance Total --------------- | | 217.68 | 4.43 |

*[signature]*
MARY ANN RABIN, Trustee